IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNATHAN PEPPERS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0336

Opinion filed November 6, 2014.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Ralph R. Deas, Lake City, for Appellant.

Pamela Jo Bondi, Attorney General; Michael McDermott and Trisha Meggs Pate, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.